No. 1383. COY *v.* UNITED STATES.

June 18, 1945.

*Per Curiam:* Petitioner moves for leave to file a petition for certiorari under § 262 of the Judicial Code, to review an order of the Circuit Court of Appeals for the Sixth Circuit. The order denied his petition for leave to proceed with his appeal *in forma pauperis* from an order of the district court denying his motion to vacate sentence upon a conviction on one count of an indictment for violation of § 2 (a) and (b) of the Bank Robbery Act, 12 U. S. C. 588b (a) and (b).

Petitioner filed, with the district court, notice of appeal from its order and an application for leave to appeal *in forma pauperis,* which the district court allowed. On the same day, petitioner filed his petition for leave to proceed with his appeal *in forma pauperis* with the circuit court of appeals, which later denied his petition. As the appeal allowed by the district court was already properly before the circuit court of appeals, it should have allowed petitioner to proceed upon the appeal *in forma pauperis,* as provided by the district court's order. 28 U. S. C. 832; *Steffler* v. *United States,* 319 U. S. 38, 41.

The Government confesses error. The motion for leave to proceed here *in forma pauperis* is granted. The motion for leave to file the petition for certiorari is granted and the petition for writ of certiorari is also granted. The

order of the circuit court of appeals is vacated and the cause is remanded to that court in order that it may make appropriate disposition of the appeal allowed by the district court.

*Bernard Paul Coy, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.